UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAJA SALIM,<br><br>　　　　　Defendant. | Case No. 18-mc-51099<br>Honorable David M. Lawson<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING THE GOVERNMENT'S MOTION FOR AN ORDER TO SHOW CAUSE (ECF NO. 15)**

　　　Defendant Jaja Salim requested a hearing on a writ of continuing garnishment served on his employer, JB Hunt Transport Services, Inc. ECF No. 8.  The Honorable David M. Lawson referred the garnishment hearing to the undersigned under 28 U.S.C. § 636(b)(3).  ECF No. 9.  The Government moves for an order for JB Hunt to show cause why it has not responded to the writ of garnishment.  ECF No. 15.  The Court **GRANTS** the government's motion.

　　　In March 2025, the Court issued a writ of continuing garnishment ordering JB Hunt to withhold Salim's property.  ECF No. 7.  The order stated that JB Hunt was "required by law to answer in writing, under oath,

within ten (10) days" whether it has any of Salim's property. *Id.* The government served the writ, along with instructions on how to respond, on JB Hunt's registered agent by certified mail, and tracking information shows that it was delivered on April 15, 2025. ECF No. 6; ECF No. 15, PageID.65-83.

In its response to Salim's request for a garnishment hearing, the government noted that JB Hunt had not responded to the writ. ECF No. 10, PageID.50. But the government requested that JB Hunt be given two more weeks to respond. *Id.* The government sent JB Hunt a warning letter, delivered on May 5, 2025, notifying it of its obligation to respond to the writ. ECF No. 15, PageID.86-88. On May 6, 2025, the government also served its response to Salim's request for a hearing on JB Hunt. ECF No. 10, PageID.54. Still, JB Hunt has not responded.

JB Hunt was required to respond to the writ within 10 days of service, by April 25, 2025. *See* 28 U.S.C. § 3205(c)(2)(E), (c)(4). It has not done so. "If a garnishee fails to answer the writ of garnishment or to withhold property in accordance with the writ, the United States may petition the court for an order requiring the garnishee to appear before the court to answer the writ and to so withhold property before the appearance date." *Id.* § 3205(c)(6).

An authorized representative of JB Hunt must appear at the garnishment hearing scheduled for **June 20, 2025, at 10:30 a.m.**, and must be prepared to answer the writ and show cause why JB Hunt failed to comply with the writ.  In the interim, JB Hunt must withhold property in accordance with the writ.  Failure to comply with this order may result in an order awarding the government's reasonable attorney's fees and a recommendation to enter judgment against JB Hunt for the value of Salim's nonexempt interest in such property.  *See id.*

s/Elizabeth A. Stafford  
ELIZABETH A. STAFFORD  
United States Magistrate Judge

Dated: May 29, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 29, 2025.

                                        s/Davon Allen
                                        DAVON ALLEN
                                        Case Manager