UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JAJA SALIM,<br><br>      Defendant. | Case No. 18-mc-51099<br>Honorable David M. Lawson<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER FOR DEFENDANT SALIM TO PROVIDE THE GOVERNMENT PROOF OF HIS FINANCIAL OBLIGATIONS**

Defendant Jaja Salim requested a hearing on a writ of continuing garnishment served on his employer, JB Hunt Transport Services, Inc. ECF No. 8. The Honorable David M. Lawson referred the garnishment hearing to the undersigned under 28 U.S.C. § 636(b)(3). ECF No. 9.

The Court held a hearing on June 20, 2025, during which Salim and counsel for the government appeared. During the hearing, Salim stated that he cannot afford the garnishment payments that the government seeks to collect, explaining that he supports his 11-year-old son by sending him payments via a cash app.

**By July 7, 2025**, Salim must submit to the government proof of his financial obligations, including proof of payments made to support his son. He is to submit this evidence to the government's case manager, Stephen Swirple, who may be contacted at Stephen.Swirple@usdoj.gov. **On July 7, 2025, at 3:00 p.m.**, the Court will have another hearing to discuss the status of Salim's production.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: June 20, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 20, 2025.

<u>s/Davon Allen</u>
DAVON ALLEN
Case Manager